**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RODELLA SMITH,** : | | **CIVIL ACTION** |
| **Plaintiff,** : | | |
| : | | **No. 15-3639** |
| v. : | | |
| : | | |
| **WESTERN SKY FINANCIAL, LLC,** *et al.*, : | | |
| **Defendants.** : | | |

# ORDER

This 4th day of March, 2016, upon consideration of Defendants' Motion to Dismiss or to Compel Arbitration, and Plaintiff's Response thereto, it is hereby **ORDERED** that Defendants' Motion is **DENIED** for the reasons expressed in the accompanying Memorandum.

                         /s/ Gerald Austin McHugh
                    United States District Court Judge